**2002–1314.  Santos v. Ohio Bur. of Workers' Comp.**
Cuyahoga App. No. 80353, 2002-Ohio-2731. Reported at 101 Ohio St.3d 74, 2004-Ohio-28, 801 N.E.2d 441. On motion for partial reconsideration of Administrator, Bureau of Workers' Compensation. Motion denied.
  LUNDBERG STRATTON, J., dissents.

**2003–1449.  State v. Lyons.**
Ashtabula App. No. 2001–A–0056, 2003-Ohio-3494. Reported at 101 Ohio St.3d 94, 2004-Ohio-27, 801 N.E.2d 458. On motion for reconsideration. Motion denied.

**2003–1791.  Sain v. Roo.**
Franklin App. No. 02AP–448, 2003-Ohio-626. Reported at 101 Ohio St.3d 1421, 2004-Ohio-123, 802 N.E.2d 153. On motion for reconsideration. Motion denied.

**2003–1845.  Simpson v. Lakewood.**
Cuyahoga App. No. 82624, 2003-Ohio-4953. Reported at 101 Ohio St.3d 1421, 2004-Ohio-123, 802 N.E.2d 153. On motion for reconsideration. Motion denied.

**2003–1870.  Sheaffer v. Westfield Ins. Co.**
Holmes App. No. 02CA14, 2003-Ohio-4810. Reported at 101 Ohio St.3d 1421, 2004-Ohio-123, 802 N.E.2d 153. On motion for reconsideration. Motion denied.
  LUNDBERG STRATTON, J., dissents.

**2003–1926.  State v. Satta.**
Marion App. No. 9–03–50. Reported at 101 Ohio St.3d 1423, 2004-Ohio-123, 802 N.E.2d 154. On motion for reconsideration. Motion denied.
  MOYER, C.J., dissents.
  O'CONNOR, J., dissents, would accept the discretionary appeal, and would hold this cause for the decision in 2003–1048 and 2003–1049, *State v. White*, Guernsey App. No. 02CA23, 2003-Ohio-2289.

**2003–1939.  State ex rel. Ahmed v. Judges of Court of Appeals, Seventh Appellate Dist.**
In Prohibition. Reported at 101 Ohio St.3d 1417, 2004-Ohio-123, 802 N.E.2d 150. On motion for reconsideration and request for findings of fact/conclusions of law. Motion and request denied.

**2003–2073.  State ex rel. Williams v. Croft.**
In Mandamus. Reported at 101 Ohio St.3d 1418, 2004-Ohio-123, 802 N.E.2d 151. On motion for reconsideration. Motion denied.

**2003–2120.  State ex rel. Vasi v. Wiseman.**
In Habeas Corpus. Reported at 101 Ohio St.3d 1418, 2004-Ohio-123, 802 N.E.2d 151. On motion for reconsideration. Motion denied.

[Cite as *03/25/2004 Case Announcements,* 2004-Ohio-1444.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 25, 2004*

## MOTION AND PROCEDURAL RULINGS